■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHENEL CLARK, Appellant. [787 NYS2d 898]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered February 27, 2003, convicting him of rape in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]).

The defendant's remaining contentions are unpreserved for appellate review. H. Miller, J.P., Crane, Spolzino and Skelos, JJ., concur.